UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GREGORY JONES,

     Plaintiff,

v.                                                                              Case No: 5:23-cv-35-GAP-PRL

DRJ PROPERTY HOLDINGS, LLC,

     Defendant.

_____

### ORDER

This matter is before the Court on Plaintiff's motion to compel that his deposition, which is set for August 2, 2023, be taken via zoom. (Doc. 17). Plaintiff contends that Defendant set his deposition at a location that is approximately a 4-hour drive from his current residence in Boynton Beach, Florida. Given that the deposition is set before Defendant's response to the motion is due, Defendant shall file its response by the close of business on **July 27, 2023.**

    **DONE** and **ORDERED** in Ocala, Florida on July 26, 2023.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties