# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**GREGORY JONES,**

    **Plaintiff,**

**v.**                                                   **Case No: 5:23-cv-35-GAP-PRL**

**DRJ PROPERTY HOLDINGS, LLC,**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's motion to compel his deposition be taken by Zoom. (Doc. 17). Because the deposition is set for August 2, 2023, the Court directed Defendant to file a response to the motion by the close of business on July 27, 2023 (*see* Doc. 18), which it has not done. Nevertheless, the Court lacks sufficient information to grant the requested relief.

In his motion, Plaintiff simply states that he "currently resides in Boynton Beach and the deposition location chosen by Defendant's Counsel is approximately a 4-hour drive (250 miles)." (Doc 17). The motion, however, fails to state the actual location of the deposition. While Plaintiff now resides in Boynton Beach, which is in the Southern District of Florida, he filed this action in the Middle District of Florida, and thus, Defendant typically would be entitled to depose him in the Middle District of Florida. Absent further information, Plaintiff's motion (Doc. 17) is due to be **DENIED** without prejudice.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on July 28, 2023.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties